IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

PAUL S. CERVENAN,

    Plaintiff,

v.

THERMAL SUPPLY, INC.,

    Defendant.

1:13-cv-00498-CL

ORDER

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#25), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendant Thermal Supply filed objections (#31) and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir.

1 - ORDER

Case 1:13-cv-00498-CL   Document 35   Filed 06/13/14   Page 2 of 2

1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#25). Defendant's Motion for Summary Judgment (#13) is DENIED.

IT IS SO ORDERED.

DATED this _13_ day of June, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE